# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANTHONY M. KING  
414 HILTON AVE.  
ROCKFORD, IL  61107

SSN-xxx-xx-5710

Case Number: 06-72045

Case filed on: 11/2/2006  
Plan Confirmed on: 2/7/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,428.85          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 385.26 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 385.26 | 0.00 |
| 007 | CBCS / MX ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JAMES C. THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | TRIBUTE / BOFD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | BECKY MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ILLINOIS DEPARTMENT OF REVENUE | 930.82 | 930.82 | 0.00 | 0.00 |
|  | Total Priority | 930.82 | 930.82 | 0.00 | 0.00 |
| 034 | ANTHONY M. KING | 0.00 | 0.00 | 28.85 | 0.00 |
| 998 | ANTHONY M. KING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 28.85 | 0.00 |
| 001 | CITY OF ROCKFORD | 200.00 | 200.00 | 30.83 | 1.17 |
| 002 | CREDIT ACCEPTANCE CORPORATION | 9,960.83 | 9,960.83 | 600.00 | 300.00 |
| 005 | WILSHIRE CREDIT CORPORATION | 18,520.18 | 18,520.18 | 0.00 | 0.00 |
|  | Total Secured | 28,681.01 | 28,681.01 | 630.83 | 301.17 |
| 003 | ELITE MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROCK RIVER WATER RECLAMATION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 1,320.51 | 1,320.51 | 0.00 | 0.00 |
| 008 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | EILEEN STEPHENS | 330.00 | 330.00 | 0.00 | 0.00 |
| 012 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HARTSOUGH DERMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 6,631.68 | 6,631.68 | 0.00 | 0.00 |
| 017 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PATHWAYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD HEALTH PHYSICIANS | 125.00 | 125.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SPRINT NEXTEL CORP | 118.09 | 118.09 | 0.00 | 0.00 |
| 027 | WASHMTL / PROV | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PALISADES COLLECTION LLC/VERIZON | 149.97 | 149.97 | 0.00 | 0.00 |
| 029 | FORD MOTOR CREDIT CORP | 15,194.67 | 15,194.67 | 0.00 | 0.00 |
| 030 | SPRINT NEXTEL CORP | 251.22 | 251.22 | 0.00 | 0.00 |
| 031 | ASPIRE VISA | 467.65 | 467.65 | 0.00 | 0.00 |
|  | Total Unsecured | 24,588.79 | 24,588.79 | 0.00 | 0.00 |
|  | Grand Total: | 56,400.62 | 56,400.62 | 1,044.94 | 301.17 |

Total Paid Claimant:   $1,346.11  
Trustee Allowance:     $82.74  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                    By  /s/Heather M. Fagan